```
 1  Rubenstein Law Group
    A Professional Law Corporation
 2  Yano L. Rubenstein, Esq., Cal. Bar. No. 214277
    Trevor A. Caudle, Esq., Cal. Bar No. 232294
 3  100 Pine Street, 10th Floor
    San Francisco, CA 94111
 4  Telephone:  (415) 277-1900
    Facsimile:  (415) 277-1919
 5
    Attorneys for Defendants and Counter-Claimant,
 6  NJ Pursuits and Norman McIntosh

 7
    CHARLES M. LOUDERBACK (SBN 88788)
 8  THE LOUDERBACK LAW FIRM
    One Embarcadero Center, Suite 2300
 9  San Francisco, California 94111
    Telephone: (415) 398-7860
10  Facsimile: (415) 398-7863

11  Attorneys for Plaintiff and Counter-Defendant
12  MOORTHY, RIGGS & ASSOCIATES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORTHY, RIGGS & ASSOCIATES, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NORMAN MCINTOSH; NJ PURSUITS<br><br>    Defendants. | CASE NO. C-04-5115 CW<br><br>**STIPULATION AND ORDER EXTENDING FACT DISCOVERY DEADLINE** |
| NJ PURSUITS,<br><br>    Counter-claimant,<br><br>v.<br><br>MOORTHY, RIGGS & ASSOCIATES,<br><br>    Counter-defendant. | |

**STIPULATION**

The parties, by and through their undersigned counsel of record, stipulate to extend the discovery deadline to August 31, 2005, for purposes of conducting (1) the 30(b)6 deposition of Informa Research Services, Inc., as Informa's counsel, Richard C. Greenberg, Esq. is unavailable on the noticed date; (2) the 30(b)6 deposition of Moorthy, Riggs & Associates as well as the depositions of Suzanne Riggs and Sophia Moorthy.

DATED: August 7, 2005

THE LOUDERBACK LAW FIRM

By: _____
CHARLES M. LOUDERBACK
Attorneys for Plaintiff and
Counter-Defendant
MOORTHY, RIGGS & ASSOCIATES

DATED: August 3, 2005

By: _____
Yand L. Rubenstein, Esq.
Rubenstein Law Group
A Professional Law Corporation
Attorneys for Defendants and Counter-Claimant,
NJ PURSUITS and NORMAN McINTOSH

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: August 10, 2005

By: _____
Hon. CLAUDIA WILKEN
United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Claudia Wilken*

Stipulation Extending Fact Discovery Deadline (C-04-5115 CW) - 1