1  Rubenstein Law Group
   A Professional Law Corporation
2  Yano L. Rubenstein, Esq., Cal. Bar. No. 214277
   Trevor A. Caudle, Esq., Cal. Bar No. 232294
3  100 Pine Street, 10th Floor
   San Francisco, CA 94111
4  Telephone: (415) 277-1900
   Facsimile: (415) 277-1919

5  Attorneys for Defendants and Counter-Claimant,
   NJ Pursuits and Norman McIntosh
6

7  CHARLES M. LOUDERBACK (SBN 88788)
8  THE LOUDERBACK LAW FIRM
   One Embarcadero Center, Suite 2300
9  San Francisco, California 94111
   Telephone: (415) 398-7860
10 Facsimile: (415) 398-7863

11 Attorneys for Plaintiff and Counter-Defendant
12 MOORTHY, RIGGS & ASSOCIATES

13                  UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
15

| MOORTHY, RIGGS & ASSOCIATES, a California corporation, | CASE NO. C-04-5115 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING FACT DISCOVERY DEADLINE** |
| v. | |
| NORMAN MCINTOSH; NJ PURSUITS | |
| Defendants. | |
| NJ PURSUITS, | |
| Counter-claimant, | |
| v. | |
| MOORTHY, RIGGS & ASSOCIATES, | |
| Counter-defendant. | |

Stipulation Extending Fact Discovery Deadline (C-04-5115 CW)

## STIPULATION

The parties, by and through their undersigned counsel of record, stipulate to extend the discovery deadline to September 16, 2005, for purposes of conducting (1) the 30(b)6 deposition of Informa Research Services, Inc., as Informa's counsel, Richard C. Greenberg, Esq. is unavailable on the noticed date; (2) the 30(b)6 deposition of Moorthy, Riggs & Associates as well as the depositions of Suzanne Riggs and Sophia Moorthy.

DATED: August 5, 2005

THE LOUDERBACK LAW FIRM

By: _____
CHARLES M. LOUDERBACK
Attorneys for Plaintiff and
Counter-Defendant
MOORTHY, RIGGS & ASSOCIATES

DATED: August 8, 2005

By: _____
Yano L. Rubenstein, Esq.
Rubenstein Law Group
A Professional Law Corporation
Attorneys for Defendants and Counter-Claimant,
NJ PURSUITS and NORMAN McINTOSH

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: August 30, 2005

By: /s/ CLAUDIA WILKEN
_____
Hon. CLAUDIA WILKEN
United States District Court
Northern District of California

Stipulation Extending Fact Discovery Deadline (C-04-5115 CW) - 1