1  CHARLES M. LOUDERBACK (SBN 88788)
2  CLARICE C. LIU (SBN 160555)
   JOSE A. CORDOVA (SBN 201243)
3  THE LOUDERBACK LAW FIRM
   One Embarcadero Center, Suite 2300
4  San Francisco, California 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863

6
   Attorneys for Plaintiff/Counterclaim Defendant
7  MOORTHY, RIGGS & ASSOCIATES

8
9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | MOORTHY, RIGGS & ASSOCIATES, a | CASE NO. C 04 5115 CW
   | California corporation,          |
13 |                                  | [PROPOSED] ORDER REGARDING
   |                                  | BRINGING COMPUTER LAPTOP AND
14 |                       Plaintiff, | ANCILLARY EQUIPMENT TO TRIAL
   |                                  |
15 |              v.                  | DATE:  January 9, 2006
   |                                  | TIME:  8:30 a.m.
16 | NORMAN MCINTOSH; NJ PURSUITS,    | DEPT:  Courtroom 2
   |                                  |
17 |                      Defendants. | **The Hon. Claudia Wilken**

18

19 AND RELATED COUNTER-CLAIM.

20

21

22

23

24

25

26

27

28

---

1  The above-entitled matter *Moorthy Riggs & Associates v. NJ Pursuits, et al.* is set for trial
2  on January 9, 2006. Plaintiff Moorthy Riggs & Associates and its counsel have requested to bring
3  to court a laptop computer and ancillary equipment, such as projector, screen, and easel, for use at
4  trial, if necessary.
5  Good cause appearing therefor,
6  IT IS ORDERED that:
7  Plaintiff Moorthy Riggs & Associates and its counsel are allowed to bring into court a
8  laptop computer and ancillary equipment, such as projector, screen, and easel, for use at trial, if
9  necessary, on January 9, 2006 and on any subsequent dates on which the trial of this matter is held.

Dated: January 6, 2006

_____
THE HON. CLAUDIA WILKEN
JUDGE OF THE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



2
[PROPOSED] ORDER REGARDING BRINGING COMPUTER LAPTOP AND ANCILLARY EQUIPMENT TO TRIAL