**Rubinstein Law Group**
A Professional Law Corporation
Yano L. Rubinstein, Cal. Bar No. 214277
David L. Ainbender, Cal. Bar No. 114610
Trevor A. Caudle, Cal. Bar No. 232294
100 Pine Street, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 277-1900
Facsimile:    (415) 277-1919

Attorneys for Defendant Norman McIntosh
and Defendant/Counterclaimant,
NJ Pursuits, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORTHY, RIGGS & ASSOCIATES, a California corporation,<br><br>Plaintiff,<br>v.<br><br>NORMAN MCINTOSH; NJ PURSUITS,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. C-04-5115 CW<br><br>**[PROPOSED]** ORDER ALLOWING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO COURT<br><br>Date:        January 9, 2006<br><br>Courtroom: Courtroom 2<br><br>Judge:       Honorable Claudia Wilken |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to General Order Number 58 (E), counsel for Defendant and Counter-Claimant NJ Pursuits, Inc. and Norman McInosh ("Defendants") hereby request that the Court issue an order permitting counsel to bring in computer equipment for the duration of the trial scheduled to begin in this matter on 01/09/2006.

1.    Counsel for Defendants are allowed to bring in one (1) desktop P.C. for the duration of the instant trial; and

2.    Counsel for Defendants are allowed to bring into Court three (3) laptop computers for the duration of the instant trial.

IT IS SO ORDERED

Dated: January 6, 2006         By:_____
                                                Honorable Claudia Wilken



[PROPOSED] ORDER ALLOWING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO COURT
CASE NO. C-04-5115 CW