1   **Rubinstein Law Group**
    A Professional Law Corporation
2   Yano L. Rubinstein, Cal. Bar No. 214277
3   David L. Ainbender, Cal. Bar No. 114610
    Trevor A. Caudle, Cal. Bar No. 232294
4   100 Pine Street, 20th Floor
    San Francisco, CA 94111
5   Telephone:     (415) 277-1900
6   Facsimile:     (415) 277-1919

7   Attorneys for Defendants and Counterclaimant,
    Norman McIntosh
8   NJ Pursuits, Inc.

9
    CHARLES M. LOUDERBACK (SBN 88788)
10  THE LOUDERBACK LAW FIRM
    One Embarcadero Center, Suite 2300
11  San Francisco, California 94111
    Telephone: (415) 398-7860
12  Facsimile: (415) 398-7863

13
    Attorneys for Plaintiff and Counter-Claim Defendant
14  MOORTHY, RIGGS & ASSOCIATES

15
16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  MOORTHY, RIGGS & ASSOCIATES, a California corporation, | Case No. C-04-5115 CW |
| 19                                Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE POST-TRIAL MOTIONS** |
| 20        v. | |
| 21  NORMAN MCINTOSH; NJ PURSUITS, | Courtroom:   Two, Fourth Floor |
| 22                                Defendants. | Judge:       Hon. Claudia Wilkin |
| 23 | |
| 24  AND RELATED COUNTER-CLAIM | |
| 25 | |

26
27
28

**STIPULATION**

The parties, by and through their undersigned counsel of record, stipulate to continue the deadline set by the Court for the filing of post-trial motions, currently February 24, 2006 to March 27, 2006, or such other date as may be convenient for the Court. The parties are discussing various settlement possibilities and the continuance of this deadline will facilitate that process.

DATED: January 27, 2006                          RUBINSTEIN LAW GROUP, PC

By: _____

Yano L. Rubinstein, Esq.
Attorneys for Defendants and
Counter-Claimant, NORMAN
MCINTOSH and NJ PURSUITS

DATED: January 27, 2006                          THE LOUDERBACK LAW FIRM

By: _____

Charles M. Louderback, Esq.
Attorneys for Plaintiff and Counter-
Claim Defendant, MOORTHY,
RIGGS & ASSOCIATES

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The deadline for the parties to file post-trial motions be continued from February 24, 2006 to ___March 27_____, 2006.

DATED: ___Feb. 1_____, 2006          /s/ CLAUDIA WILKEN
                                                              _____
                                                              HON. CLAUDIA WILKEN
                                                              United States District Court
                                                              Northern District of California