1  Rubenstein Law Group
   A Professional Law Corporation
2  Yano L. Rubenstein, Esq., Cal. Bar. No. 214277
   Trevor A. Caudle, Esq., Cal. Bar No. 232294
3  100 Pine Street, 10th Floor
   San Francisco, CA  94111
4  Telephone:  (415) 277-1900
   Facsimile:   (415) 277-1919

5  Attorneys for Defendants and Counter-Claimant,
   NJ Pursuits and Norman McIntosh
6

7
   CHARLES M. LOUDERBACK (SBN 88788)
8  THE LOUDERBACK LAW FIRM
   One Embarcadero Center, Suite 2300
9  San Francisco, California 94111
   Telephone: (415) 398-7860
10 Facsimile: (415) 398-7863

11
   Attorneys for Plaintiff and Counter-Defendant
12 MOORTHY, RIGGS & ASSOCIATES

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| MOORTHY, RIGGS & ASSOCIATES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN MCINTOSH; NJ PURSUITS<br><br>Defendants. | CASE NO. C-04-5115 CW<br><br>**ORDER RE DEADLINES FOR POST-TRIAL MOTIONS** |
| NJ PURSUITS,<br><br>Counter-claimant,<br><br>v.<br><br>MOORTHY, RIGGS & ASSOCIATES,<br><br>Counter-defendant. | |

**Order re: Deadlines for Post-Trial Motions (C-04-5115 CW)**

# **ORDER**

IT IS ORDERED THAT:

1. Pursuant to this Court granting an order on February 1, 2006 moving the deadline for defendants Norman McIntosh and NJ Pursuits ("defendants") to file their post-trial motions from February 24, 2006 to March 27, 2006, the deadline for plaintiff Moorthy, Riggs & Associates ("plaintiff") to file its opposition to defendants' post-trial motions and any cross motion is now April 10, 2006;

2. The deadline for defendants to file opposition to any cross motion and their reply to plaintiff's opposition to defendants' post-trial motions is now April 17, 2006;

3. The deadline for plaintiff to file its reply to any cross motion to defendants' post-trial motions is now April 24, 2006;

4. The hearing on defendants' post-trial motions is now May 12, 2006, at 10:00 a.m.

DATED: March 3, 2006

By: /s/ CLAUDIA WILKEN
Hon. CLAUDIA WILKEN
United States District Court
Northern District of California

Stipulation Extending Fact Discovery Deadline (C-04-5115 CW) - 1