CHARLES M. LOUDERBACK (SBN 88788)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Plaintiff and Counter-Defendant
MOORTHY, RIGGS & ASSOCIATES

**Rubinstein Law Group**
A Professional Law Corporation
Yano L. Rubinstein, Cal. Bar No. 214277
David L. Ainbender, Cal. Bar No. 114610
Trevor A. Caudle, Cal. Bar No. 232294
100 Pine Street, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 277-1900
Facsimile:    (415) 277-1919

Attorneys for Defendant Norman McIntosh
and Defendant/Counterclaimant
NJ Pursuits, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORTHY, RIGGS & ASSOCIATES, a California corporation,<br><br>            Plaintiff,<br>v.<br><br>NORMAN MCINTOSH; NJ PURSUITS,<br><br>            Defendants. | Case No. C-04-5115 CW<br>ORDER GRANTING<br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**<br><br>**Honorable CLAUDIA WILKEN** |
| AND RELATED COUNTERCLAIM | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE, OF ALL CLAIMS

Plaintiff/Counterclaim Defendant, Moorthy, Riggs & Associates, Defendant Norman McIntosh and Defendant/Counterclaimant NJ Pursuits, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal, with prejudice, of all claims asserted by each party against any other party to this action as the parties have entered into a confidential Settlement Agreement. Each party agrees to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: March 27, 2006

THE LOUDERBACK LAW FIRM

By: _____

Attorneys for Moorthy, Riggs & Associates, Sophia Moorthy, and Suzanne Riggs

Dated: March 27, 2006

RUBINSTEIN LAW GROUP, PC

By: _____

Attorneys for Norman McIntosh and NJ Pursuits



IT IS SO ORDERED
Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA