1  PAYNE & FEARS LLP
   Attorneys at Law
2  Charles M. Louderback, Bar No. 88788
   One Embarcadero Center, Suite 2300
3  San Francisco, California 94111
   Telephone: (415) 398-7860
4  Facsimile: (415) 398-7863

5  Attorneys for Plaintiff and Counter-Defendant
   MOORTHY, RIGGS & ASSOCIATES

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORTHY, RIGGS & ASSOCIATES, a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NORMAN MCINTOSH; NJ PURSUITS<br><br>  Defendants. | CASE NO. C-04-5115 CW<br><br>**STIPULATION AND ORDER EXONERATING THE BOND**<br><br>**JUDGE:** Hon. Claudia Wilken |
| NJ PURSUITS,<br><br>  Counter-claimant,<br><br>  v.<br><br>MOORTHY, RIGGS & ASSOCIATES,<br><br>  Counter-defendant. | |

STIPULATION & PROPOSED ORDER (C-04-5115 CW)

The parties, by and through their undersigned counsel of record, stipulate to the exoneration of the security from Plaintiff Moorthy Riggs & Associates in the amount of $1,000 received by the Court on February 28, 2005 pursuant to the Stipulated Order of Preliminary Injunction, also filed on February 28, 2005 (the "Bond").

DATED:  August ____, 2006                    PAYNE & FEARS LLP

                                             By: _____
                                                 CHARLES M. LOUDERBACK
                                                 Attorneys for Plaintiff and
                                                 Counter-Defendant
                                                 MOORTHY, RIGGS & ASSOCIATES

DATED: August _____, 2006

                                             By:_____
                                                 YANO L. RUBENSTEIN, ESQ.
                                                 Rubenstein Law Group
                                                 A Professional Law Corporation
                                                 Attorneys for Defendants
                                                 and Counter-Claimant,
                                                 NJ PURSUITS and NORMAN McINTOSH

**PURSUANT TO STIPULATION,** the Clerk of The Court is hereby directed to return the Bond to Plaintiff Moorthy Riggs & Associates upon presentation of this Order Exonerating the Bond by Plaintiff Moorthy Riggs & Associates' lawful agents and representatives Sophia Moorthy and/or Suzanne Riggs.

DATED:  August 22, 2006

                                             By:     /s/ CLAUDIA WILKEN
                                                     Hon. CLAUDIA WILKEN
                                                     United States District Court
                                                     Northern District of California

STIPULATION & PROPOSED ORDER (C-04-5115 CW) - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19 #39201
20
21
22
23
24
25
26
27
28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860